833 A.2d 728

SPRINGFIELD TOWNSHIP and Joseph M. Gerber, Edward G. Bell, Jr., Joseph P. Phelps, Jr., Roy D. Hanshaw, James R. Selsor, Michael W. Cassidy and Gary E. Yeager, Donald E. Berger and Thomas Morton, Trustees for the Springfield Pension Plans, Respondents

v.

MELLON PSFS BANK, Petitioner.

Supreme Court of Pennsylvania.

Oct. 9, 2003.

## ORDER

PER CURIAM:

**AND NOW,** this 9th day of October 2003, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

Must a bank have actual knowledge that it is dealing with a fiduciary before it may invoke the protections of 7 P.S. § 6393?